IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE 1993 EXXON COKER FIRE | § § § § § | Master Docket No. 3:93-MD-2-BMGL-SCR <br><br> **APPLIES TO**:  3:07-CV-348 <br> 3:07-CV-349 <br> 3:07-CV-350 |

## JUDGMENT

Based on the Court's Findings of Fact and Conclusions of Law dated July 18, 2008, it is:

**ORDERED, ADJUDGED AND DECREED** that Plaintiffs shall take nothing on their claims; costs of court are taxed against Plaintiffs. All other relief requested by any party is **DENIED**.

DATED this 18th day of July, 2008.

*[signature: Barbara M. G. Lynn]*
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS